JANE KIRKWOOD, as Administratrix, etc., of JAMES L. KIRKWOOD, Deceased, Respondent, *v.* FRANK GEHRING, as General President of the Lithographers' International Protective and Insurance Association of the United States and Canada, Appellant.

*Findings of trial judge — when assumed to be justified by the evidence.*

When no case has been made upon an appeal and the record contains no evidence, except some exhibits, it must be assumed that the findings of the trial judge are supported and justified by the evidence.

APPEAL by the defendant, Frank Gehring, as General President of the Lithographers' International Protective and Insurance Association of the United States and Canada, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of Kings on the 28th day of October, 1893, upon the decision of the court rendered after a trial at the Kings County Special Term.

*Thomas T. Magner*, for the appellant.

*Wm. B. Hurd, Jr.*, for the respondent.

DYKMAN, J. :

This is an appeal from a judgment entered upon the decision of a judge after a trial before him without a jury.

No case has been made, and the record contains no evidence except some exhibits.

We can base our examination upon nothing but the findings of the judge, which we must assume are supported and justified by evidence, and upon that assumption they are sufficient to sustain the judgment.

The judgment should be affirmed, with costs.

BROWN, P. J., and PRATT, J., concurred.

Judgment affirmed, with costs.